Motion denied on payment by the appellant of ten dol-
lars costs within ten days; if this condition is not com-
plied with, the motion is granted and appeal dismissed,
with costs and ten dollars costs of motion.

---

WARNER-GODFREY COMPANY, Respondent, *v.* TRIANGLE
WAIST COMPANY, INC., Appellant.

*Warner-Godfrey Co.* v. *Triangle Waist Co., Inc.,* 173 App. Div.
—, appeal dismissed.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered April 22, 1916, affirming a
judgment in favor of plaintiff entered upon a verdict in an
action to recover for goods sold and delivered.

The motion was made upon the grounds that the appeal

was frivolous and without merit, was not taken in good faith but solely for the purpose of delay.

*Julius Henry Cohen* and *Theodore B. Richter* for motion.

*Max D. Steuer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.